**Order entered April 23, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00856-CV

**THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant**

**V.**

**ANGELA HORTON AND KEVIN HOUSER, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06507**

### ORDER

Before the Court is appellees' April 5, 2021 motion for en banc reconsideration. Appellant is requested to file a response, if any, by **May 17, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE